MARGARET C. ILLINGWORTH, Respondent, v. GEORGE ILLINGWORTH, as Administrator, etc., of GEORGE J. ILLINGWORTH, Deceased, Appellant.— Judgment unanimously affirmed, with costs, upon authority of *Illingworth* v. *Illingworth* (186 App. Div. 958). Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Laying Out, Opening and Extending SCHOOL STREET, as a Public Street of the CITY OF YONKERS, Appellant, from Nepperhan Avenue to Elm Street and Palisade Avenue. YONKERS BREWERY and Others, Respondents.— Final order and decree unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.